UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTEY,

            Plaintiff,

-against-

DHS/ICE, et al.,

            Defendants.

No. 19 Civ. 7503 (LTS)(KNF)

ORDER

The Court has received and reviewed Plaintiff's "Motion for Appointment of Pro Bono Counsel Based on Upcoming Pre-evidentiary Phone Conference." (Docket Entry No. 31.) The December 4, 2019, conference will not be going forward, as Judge Fox adjourned it <u>sine die</u> by order dated November 19, 2019. (Docket Entry No. 18.) Plaintiff's request for appointment of counsel is denied without prejudice to renewal after the outstanding Order to Show Cause regarding transfer of this case to the Northern District of Alabama is resolved. (Docket Entry No. 30.)

    SO ORDERED.

Dated: New York, New York
        December 2, 2019

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge

Copy Mailed to:      Dwayne Ottey, 055212953
                            Etowah County Detention Center Unit 9
                            827 Forrest Ave.
                            Gadsden, AL 35901