UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DWAYNE OTTEY,                                   :

        Petitioner,                            :
                                                      ORDER

    -against-                                          :
                                                      19-CV-7503(LTS)(KNF)

DHS/ICE, et al.,                                 :

        Respondents.                      :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The respondents shall, on or before February 5, 2021, advise the Court in writing of the status of this action. The respondents shall serve a copy of this order on the petitioner, if his address is known to the respondents, and file proof of service with the Clerk of Court.

Dated:  New York, New York                  SO ORDERED:
            January 31, 2021

                                                                /s/ Kevin Nathaniel Fox
                                                            KEVIN NATHANIEL FOX
                                                            UNITED STATES MAGISTRATE JUDGE