UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DWAYNE OTTEY,                                            :

            Petitioner,                         :

                    ORDER

     -against-                             :

                    19-CV-7503 (LTS)(KNF)

DHS/ICE, et al.,                                          :

           Respondents.                     :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Counsel to the respondents has advised the Court of a new address for the petitioner.

Therefore, the Clerk of Court is directed to update the docket sheet to reflect plaintiff's current

address listed below.

                        Jackson Parish Corrections Center
                              287 Industrial Drive
                              Jonesboro, LA  71251

      The Plaintiff is reminded that he must provide any change of address to the Pro Se Office for

this judicial district, located at 500 Pearl Street, Room 200, New York, New York 10007.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York             SO ORDERED:
         February 9, 2021

                                               _____
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE