UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DWAYNE OTTEY,

            Petitioner,

        -against-

DHS/ICE, et al.,

           Respondents.
------------------------------------------------------------X

ORDER

19-CV-7503 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The petitioner informed the Court, in his Motion for Extension of Time Due to Exigent Circumstances, dated May 10, 2021, at Docket Entry No. 61, that "[m]uch of [his] legal documents were lost in transit from facility to facility and not until recently was [he] able to notify this Court of his change of address." The Court noted in the above document, below petitioner's signature, the address 3501 Farragut Road, Brooklyn, New York 11210, and will mail a copy of this Order to that address.

      The petitioner shall file with the Pro Se Office for this judicial district, located at 500 Pearl Street, Room 200, New York, New York 10007, expeditiously, the current address to which all correspondence should be mailed to him.

Dated: New York, New York
       May 14, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Dwayne Ottey