UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DWAYNE OTTEY,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2021

                              Plaintiff,

            -against-                                      19 **CIVIL** 7503 (LTS)(KNF)

                                                           **JUDGMENT**

DEPARTMENT OF HOMELAND
SECURITY, et al.,

                              Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Order dated November 2, 2021, Plaintiff's claims are hereby

dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

            November 2, 2021

                                                   **RUBY J. KRAJICK**

                                                   _____
                                                   **Clerk of Court**

                                   BY:

                                                   _____
                                                   **Deputy Clerk**